**Howard Preston THOMAS, Petitioner–Appellant,**

v.

**Teresa A. SCHWARTZ, Warden, Respondent–Appellee.**

**No. 05–15135.**

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 8, 2007 *.

Filed Jan. 11, 2007.

Howard Preston Thomas, Vacaville, CA, pro se.

Justain P. Riley, DAG, AGCA—Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

Before: ALARCÓN, HALL, and PAEZ, Circuit Judges.

MEMORANDUM **

California state prisoner Howard Preston Thomas appeals pro se the district court's judgment dismissing as untimely his 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant to 28 U.S.C. § 2253.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Reviewing de novo, *Miles v. Prunty*, 187 F.3d 1104, 1105 (9th Cir.1999), we affirm for the reasons stated in the magistrate judge's findings and recommendations filed on August 18, 2004, and adopted by the district court.

**AFFIRMED.**